NOTE:   This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3092

JERRY COLLINS,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Edward E. Dove, of Lexington, Kentucky, argued for petitioner.

Calvin M. Morrow, Acting Associate General Counsel, Office of the General Counsel, United States Merit Systems Protection Board, of Washington, DC, argued for respondent.  With him on the brief were B. Chad Bungard, General Counsel and Rosa M. Koppel, Deputy General Counsel.

Appealed from:   United States Merit Systems Protection Board

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3092

JERRY COLLINS,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

# Judgment

ON APPEAL from the      Merit Systems Protection Board

in CASE NO(S).      CH0752060042-I-2

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, NEWMAN, and MOORE, Circuit Judges.

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: September 10, 2007      /s/  Jan Horbaly
                              Jan Horbaly, Clerk